UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DEMARCO SLAUGHTER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:02-CV-1928 CAS |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255 is **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that judgment is entered against Demarco Slaughter in his action under 28 U.S.C. § 2255 on all claims.

**IT IS FURTHER ORDERED** that petitioner has not made a substantial showing of the denial of a constitutional right, such that reasonable jurists would find the Court's assessment of the constitutional claims debatable, or that the issues presented were adequate to deserve encouragement to proceed further, Miller-El v. Cockrell, 537 U.S. 222, 336 (2003), and therefore this Court will not issue a certificate of appealability. See Slack v. McDaniel, 529 U.S. 473, 484-85 (2000).

**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 2nd day of March, 2006.